JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

2:18-cv-847

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

### I. (a) PLAINTIFFS
Desanka Filipovic

**DEFENDANTS**

18  847

**(b)** County of Residence of First Listed Plaintiff  Philadelphia
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Fight 4 Justice, L/O of Predrag Filipovic
1735 Market St. Ste 3750 Philadelphia, PA 19103

Attorneys *(If Known)*

### II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☐ 2  U.S. Government Defendant
- ☒ 3  Federal Question (U.S. Government Not a Party)
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☒ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

### V. ORIGIN *(Place an "X" in One Box Only)*
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 USC 1692
Brief description of cause:
Violations of 1692e and sd collection

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
**DEMAND $**
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

### VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____   DOCKET NUMBER _____

DATE 2/26/2018
SIGNATURE OF ATTORNEY OF RECORD
X _____

**FOR OFFICE USE ONLY**
RECEIPT #   AMOUNT   APPLYING IFP   JUDGE   MAG. JUDGE

FEB 26 2018
FEB 26 2018
FEB 26 2018

UNITED STATES DISTRICT COURT   **18   847**

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: 20 S 41st Phila, PA 19104

Address of Defendant: 163 Lawrence Bell Dr. Ste. 100, Williamsville, NY 14225-1943

Place of Accident, Incident or Transaction: 20 S 41st
(Use Reverse Side For Additional Space)

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))   Yes☐   No☑

Does this case involve multidistrict litigation possibilities?   Yes☐   No☑

RELATED CASE, IF ANY:
Case Number: _____ Judge _____ Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?   Yes☐   No☑

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?   Yes☐   No☑

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?   Yes☐   No☑

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?   Yes☐   No☑

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. *Federal Question Cases:*
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☑ All other Federal Question Cases
    (Please specify) 15 USC 1692 FDCPA

B. *Diversity Jurisdiction Cases:*
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
    (Please specify) _____

ARBITRATION CERTIFICATION
*(Check Appropriate Category)*
I, _____, counsel of record do hereby certify:
☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;
☐ Relief other than monetary damages is sought.

DATE: _____   _____   Attorney I.D.# FEB 26 2018
Attorney-at-Law
NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 2/26/2018   [signature] Perfury Pradrap Hripaic   312568
Attorney-at-Law   Attorney I.D.#

CIV. 609 (5/2012)



# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## CASE MANAGEMENT TRACK DESIGNATION FORM

Desanka Filipovic                         :        CIVIL ACTION
                v.                        :
                                          :
Mercantile Adjustment Bureau LLC          :        NO. **18    847**

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.                                ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health
    and Human Services denying plaintiff Social Security Benefits.                                      ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.          ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from
    exposure to asbestos.                                                                               ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are
    commonly referred to as complex and that need special or intense management by
    the court. (See reverse side of this form for a detailed explanation of special
    management cases.)                                                                                  ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.                      (X)


2/26/18                Predrag Filipovic              Plaintiff
------                 ------------------             ------------
Date                   Attorney-at-law                Attorney for

267 265 0520           215 974-7744                   pfesp@iright4justice.com
------------           ------------                   -----------------------
Telephone              FAX Number                     E-Mail Address


(Civ. 660) 10/02

FEB 26 2018




IN THE UNITED STATES DISTRICT COURT
FOR THE EATERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Desanka Filipovic<br>Plaintiff,<br>vs.<br><br>Mercantile Adjustment Bureau, LLC<br>163 Lawrence Bell Dr. Ste 100, Williamsville,<br>NY 14225-1943 | **18   847**<br><br>CIVIL ACTION NO. |

## COMPLAINT

### I. INTRODUCTION

1. This is an action for damages brought by a consumer pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. §1692 ("FDCPA").

2. The FDCPA prohibits debt collectors from engaging in deceptive and unfair practices in the collection of a consumer debt, including a failure to provide adequate disclosure regarding effects of subsequent payment or promise to pay, on otherwise time barred debt, as well as making misleading statements regarding status of the debt.

3. Defendant is subject to strict liability for sending a collection letter, in attempting to collect on an alleged debt of which the original creditor is alleged to have been Bank of America, N.A. (USA), to the Plaintiff in which it failed to provide any notice of consumer's right to debt validation found under FDCPA. 15 U.S.C. §§ 1692 g. *See* a true and correct copy collection letter attached as **Exhibit A** hereto.

4. Defendant, Mercantile Adjustment Bureau, LLC, ("MAB"), is subject to strict liability for making false and misleading statements in connection with collection of the debt, further delineated below.

### II. JURISDICTION

1

5.      Subject matter jurisdiction of this Court arises under 15 U.S.C. §1692k and 28 U.S.C. §1337,

6.      Defendant regularly conducts business within the Eastern District of Pennsylvania 28 U.S.C. §1391, and the violative communication was dispatched to Plaintiff's mailing address captioned above, within the Eastern District of Pennsylvania.

### III.    PARTIES and FDPCA COVERAGE

7.      Plaintiff, Mrs. Desanka Filipovic, ("Plaintiff") is an adult individual who owns real property at 20 S 41st street, Philadelphia, PA, which is also her mailing address.

8.      Plaintiff is a "consumer" as that term is contemplated under the FDCPA, 15 U.S.C. §1692a(3), as the alleged debt sough to be collected from consumer in this instance is credit card unsecured line of credit used primarily for personal and household expenses.

9.      Defendant NMAB, is a "debt collector" within the meaning of the FDCPA 15 U.S.C. §1692a (6), and by own written admissions, as it regularly collects debt on behalf of another.

10.     Defendant is subject to liability as a "debt collector" under the meaning of FDCPA via respondent superior doctrine, due to engaging, via its agents or employees in regular debt collection activities, as described in previous paragraph herein.

### IV.    STATEMENT OF CLAIM

11.     On or about December 14th 2017, Defendant MAB, sent to Plaintiff a dunning letter, ("the letter"), in attempting to collect on an alleged debt over where the original creditor is alleged to have been Bank of America, N.A. *See* a true and correct copy collection letter attached as **Exhibit A** hereto.

12.     This letter is considered a communication from a debt collector to the consumer and it violates the FDCPA in at several ways to be delineated below:

a. The debt at issue is time barred in that the last payment under this account was made in 2011, whereby it is beyond the applicable statute of limitations.

b. Dunning letter invites consumer to make a payment under time barred debt, using imperative language in connection with its "offer", that the payment sought "*must be received by...*" while failing to disclose that due to age of the debt, collection of debt is not enforceable in Court.

c. Dunning letter also apparently invites a consumer to contact its office to "*discuss alternative arrangements*", apparently inviting a payment plan, or another verbatim validation or acknowledgment of debt by consumer which again could have the effect of reviving otherwise time barred debt.

d. According to this Circuit's recent holding in Tatis v. Allied Interstate, LLC, 2018 WL 818004 (3d Cir. Feb. 12, 2018), and similar holding in other jurisdictions, the letter violates the FDCPA.

e. This Defendant never sent the debt validation under §1692 g.

f. Letter also violates the FDCPA §1692 e, by making false or misleading representations regarding how Plaintiff debtor could view or inquire about the account. Letter states :

   "*We offer on-line correspondence service that will reduce paper consumption and may improve your customer experience. Please visit www.mercantilesolutions.com to access your account information or make payment(s) on-line.* "

g. However an attempt to do exactly what letter directs on Defendant's website, reveals that such representation is false and in lieu a message appears leaving no doubt about falsity of the letter in this regard as well:

3

" Your account *is not eligible for online access, please call to speak with a representative..*" See **Exhibit B hereto.**

h. The letter violates the FDCPA according to the ruling in Tatis v. Allied Interstate, LLC, 2018 WL 818004 (3d Cir. Feb. 12, 2018).

13. Defendant's conduct was intentional and pervasive and premeditated.

**WHEREFORE,** Plaintiff, Desanka Filipovic, demands judgment against the Defendant individually and jointly and severally for:

(a) Statutory Damages;

(b) Attorney's fees and costs; and

(c) Actual damages

(c) Such other and further relief as the Court shall deem just and proper.

## V. DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury as to all issues so triable.

Respectfully submitted:

Date: 02/18/2018

/s/Predrag Filipovic,*Esq. (029312011)*
Attorney for Plaintiff
PREDRAG FILIPOVIC
1735 Market St.Ste 3750
Philadelphia, PA 19103

Enclosures: **Exhibit A, B;**

4

# EXHIBIT "A"

| Creditor: | Bank of America, N.A. |
|---|---|
| Account Number: | ************6995 |
| 'erence Number: | 27318678 JC2 |
| Current Balance: | $616.45 |
| Amount Enclosed: $ | |

12/14/2017



**MERCANTILE**
*Innovative Solutions, Exceptional Results*

165 Lawrence Bell Drive, Suite 100
Williamsville, NY 14221-7900
1-888-481-4348

**Please send payment or correspondence to:**
Mercantile Adjustment Bureau, LLC
PO Box 9055
Williamsville NY 14231-9055

------- PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT -------

Date: 12/14/2017

Desanka Filipovic,

Please be advised that we can offer you the opportunity to resolve this account for less than the current balance due. We can resolve this account in the amount of $184.93, which must be received on or before 01/05/2018.

This offer will be valid until 01/05/2018, after which this offer may expire. Should you wish to resolve this account for less than the current balance after this date, please contact our office to discuss alternative arrangements. We are not obligated to renew this current offer.

There may be tax consequences as a result of a settlement. Please consult a tax professional if you have questions or want advice about any potential tax consequences.

We offer an on-line correspondence service that will reduce paper consumption and may improve your customer experience. Please visit www.mercantilesolutions.com to access your account information or make payment(s) on-line.

Sincerely,

Shawn Martin
Phone Number: 1-888-481-4348

Interest and/or fees will not accrue on your account.

Calls to or from this company may be monitored or recorded.

This is an attempt to collect a debt and any information obtained will be used for that purpose. This is a communication from a debt collector.

# EXHIBIT "B"

**NTILE**

| About | Services | Employment | Contact Us |

● Consumer Com...

IN

...er Login.

...respondence from Mercantile Adjustment Bureau about an existing debt, you are able to view your current account in...
...ocuments. You may also make payments to your account. Online access is free and available 24 hours a day. All you n...
...which can be found on most letters from Mercantile Adjustment Bureau

- Your account is not eligible for online access. Please call to speak with a representative at (800) 430-7094.

— Login Here —

Enter Your Reference Number:   27318678

(numbers only)

**Access My Account**